**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

**Clerk's Minutes**

**Civ. No. 24-127 GBW/GJF**

*Herrera v. Gadsden Independent School District*

**Date of Hearing: 8/19/2025**
*(recorded via Liberty from Chama Courtroom)*
(ABQ-Chama_20250819_095010)

|  |  |
|---|---|
| **Attorneys for Plaintiffs**: | Karlos Ulibarri, Harry Cooper |
| **Attorney for Gadsden Independent School District:** | Kateri Garcia West |
| **Proceedings**: | Motions Hearing |
| *Start Time*: | 11:00 a.m. |
| *Stop Time*: | 11:19 a.m. |
| **Total Time**: | **19 minutes** |
| **Clerk**: | AEM |

**Notes:**

- Kateri West appeared, via Zoom, on behalf of Defendant. No counsel was present for Plaintiffs. (Although Sal Raie signed into the Zoom conference as a participant, he had no audio or video presence and was unresponsive to the Court's attempts to communicate with him through the Zoom platform. Consequently, the Court considers him to have failed to appear at the hearing.)

- During a ten-minute recess, the Court contacted Plaintiffs' counsel via e-mail to advise them that the hearing was taking place.

- Karlos Ulibarri and Harry Cooper appeared, via Zoom, on behalf of Plaintiffs.

- Both Mr. Cooper and Mr. Ulibarri explained that they had not been aware of the hearing, despite having received electronic notice of it. Neither was prepared to proceed with the motions hearing.

- Turning to Ms. West, the Court explained that it would be difficult to make any progress at the hearing given Plaintiffs' counsel's lack of preparedness.

- The Court instructed Ms. West to keep track of the time she spent both briefing the Motion to Compel and preparing for the aborted motion hearing. The Court explained it would reset the hearing for approximately three weeks out.
- The Court urged Plaintiffs' counsel to ensure that they were present and prepared for the to-be-rescheduled motion hearing.
- Mr. Ulibarri apologized and indicated that he would advise Plaintiffs' non-appearing, out-of-state counsel of the new hearing date.
- The Court explained that its review of the case, together with Plaintiffs' counsel's late appearance at the hearing, had given it concerns about the quality of Plaintiffs' representation.
- In light of the Court's intention to reset the hearing, Ms. West advised that she and Ms. Bojazi had agreed that depositions would take place on September 10, 2025.
- The Court indicated that it would tentatively reset the motions hearing via Zoom for **September 4, 2025, at 9:00 a.m. MDT.**
- Mr. Cooper advised that he was aware of the depositions set to take place on September 10, 2025, and assured the Court and opposing counsel that Plaintiffs' counsel would be in attendance.
- The Court adjourned.