UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN HERRERA, *next friend of J.H.*,  )
                      )
          *Plaintiff*,        )
                      )
v.                                )     Civ. No. 24-127 GBW/GJF
                      )
ORALIA QUEZADA, individually )
and as next friend of J.H., and   )
GADSDEN INDEPENDENT SCHOOL )     **WITHDRAWAL OF ATTORNEY**
DISTRICT.,                    )
                      )
         *Defendants*.   )

The undersigned hereby consent to the withdrawal of Soleiman Raie, Esq. (New Jersey Attorney ID: 01857-2006, admitted *pro hac vice*) as attorney for the Plaintiffs in the above captioned matter. Lento Law Group, P.C. will continue to represent the Plaintiffs through attorney Dolores Bojazi Esq., (PA Attorney ID #: 69846).


**LENTO LAW GROUP, P.C.**                        **RAIE LAW**

*/s/ Dolores M. Bojazi*                                    */s/ Soleiman Raie*
DOLORES BOJAZI, ESQ.                         SOLEIMAN RAIE, ESQ.
*Superseding Attorney*                             *Withdrawing Attorney*
PA Attorney ID #: 69846                          NJ Attorney ID #: 01857-2006
1814 E. Route 70, Suite 323                   107 Cooper Landing Road
Cherry Hill, NJ 08003                              Cherry Hill, NJ 08002
856-652-2000 – P                                 (215) 850-3687 – T
856-375-1010 – F                                 Email: Raie.Esq@gmail.com

Dated: May 21, 2025

1