UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA
QUEZADA, individually and as next
friends for their minor child, J.H.,

    Plaintiffs,

v.                                              Case No. 2:24-CV-00127-GBW-GJF

GADSDEN INDEPENDENT SCHOOL
DISTRICT,

    Defendant.

## JOINT MOTION TO FOR APPROVAL OF A SETTLEMENT INVOLVING A MINOR CHILD, J.H.

Plaintiffs and Defendant (together, "the Parties"), by and through counsel of record, hereby petition the Court for approval of the settlement terms that have been agreed upon by the Parties for the claims that give rise to this lawsuit. As grounds for this Motion, the Parties state as follows:

1. The Court has jurisdiction over the Parties and the subject matter raised in this Motion for Approval of a Settlement Involving Minor Child, J.H.

2. Oralia Quezada is the mother and next friend of the minor child, J.H.

3. Ruben Herrera is the father and next friend of the minor child, J.H.

4. Plaintiffs Oralia Quezada and Ruben Herrera brought claims on behalf of their minor child, J.H., related to an incident at Desert View Elementary School within Gadsden Independent School District in Dona Ana County, New Mexico on January 17, 2023.

5. Plaintiffs allege that, as a result of Defendant's alleged Title IX violations, M.C. suffered injuries and damages. Plaintiffs also claim retaliation on the basis of Title IX.

1

6.  The Parties have negotiated a settlement of all Plaintiffs' claims. *See* Order Vacating Settlement Conference [Doc. 101] and Order Vacating Deadline to Submit Closing Document s [Doc. 102].

7.  Plaintiffs agree and stipulate that they believe the settlement to be in the best interest of the child.

8.  Minor child, J.H., stands to receive money from the settlement.

9.  Plaintiffs believe they are entitled to money from the settlement.

10. Because J.H. is a minor, the Parties agree that a Guardian ad Litem should be appointed to approve the settlement, to make certain that the settlement is in the best interests of J.H., and to ensure that the settlement is protected and used in the best interest of J.H., among other things.

11. The parties have further stipulated to the appointment of attorney Lucinda R. Silva to be appointed to act as the settlement Guardian *ad Litem* for J.H., in order to investigate the reasonableness of the settlement.

12. Attorney Silva has been appointed to act as the settlement Guardian ad Litem for J.H. *See* Order Granting Mot. to Appoint GAL [Doc. 104](entered Dec. 3, 2025).

13. Attorney Silva will submit a report to the Court, and the Parties are requesting a hearing for a presentation of the report to the Court and approval of the settlement.

14. Upon satisfaction of the settlement terms, the Plaintiffs have agreed to dismiss with prejudice all claims that Plaintiffs may have or could have against the Defendants related to their Title IX and Title IX Retaliation claims arising from the incident on January 17, 2023.

WHEREFORE, the Parties respectfully request that the Court grant a hearing to approve the settlement terms.

Respectfully Submitted:

**SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.**

By:   */s/ Denise M. Chanez – Electronically Signed*
      Denise M Chanez
      Kateri G. West
      5600 Wyoming Blvd., NE, Suite 200
      Albuquerque, NM 87109
      T: (505) 340-3443
      dchanez@sclawnm.com
      kwest@sclawnm.com
      *Attorneys for Defendant Gadsden Independent School District*

AND

LLG NATIONAL LAW GROUP

By:   */s/ Dolores Bojazi* (approved via email 12/10/25)
      Dolores Bojazi
      1814 East Route 70 -Suite 323
      Cherry Hill, NJ 08003
      dolores.bojazi@llgnational.com
      *Attorney for Plaintiffs*

AND

CINDY SILVA LAW, LLC

By:  */s/ Lucinda R. Silva* (approved via email 12/4/25)
      Lucinda R. Silva
      P.O. Box 5116
      Albuquerque, NM 87181
      Phone: 505-738-3899
      Fax: 505-738-3879
      cindy@cindysilvalaw.com
      Guardian *ad Litem*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, December 11, 2025, I filed the foregoing electronically, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.**

By: _/s/ Denise M. Chanez – Electronically Signed_
Denise M. Chanez