IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA
QUEZADA, *individually and as next
friends for their minor child*, J.H.,

    Plaintiffs,

v.                                                                               Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT
SCHOOL DISTRICT,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME TO FILE GUARDIAN AD LITEM REPORT AND VACATING FAIRNESS HEARING

THIS MATTER comes before the Court on Guardian ad Litem Lucinda R. Silva's Motion to Extend Deadline to File Sealed Guardian ad Litem Report and to Continue Fairness Hearing. *Doc. 111.* Ms. Silva requests that the deadline to file the sealed Guardian ad Litem Report be extended to April 15, 2026, and that the fairness hearing be continued to a subsequent date. *Id*. at 2. She indicates that Defendant does not oppose the motion and Plaintiffs' counsel did not respond to her request for his position. *Id*. The Court, having reviewed the motion and being otherwise fully advised, finds it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to file the Report of the Guardian ad Litem is extended to **April 15, 2026**, and that the fairness hearing set for

March 4, 2026, is hereby VACATED.

IT IS FURTHER ORDERED that a telephonic status conference will be held on **March 4, 2026, at 3:30 p.m**.  Parties shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812**, to be connected to the proceedings.  Client attendance is not required.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**