# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

## Clerk's Minutes

## 24-cv-127 GBW/GJF

*Herrera et al v. Gadsden Independent School District*

## Date of Hearing:    3/4/2026
### *(not recorded)*

**Attorney for Plaintiffs:**

**Attorney for Defendant:**                    Kateri West

**Guardian ad Litem:**                         Lucinda Silva

**Proceedings**:                               Status Conference

    *Start Time*:                          3:33 p.m.
    *Stop Time*:                           3:42 p.m.
    **Total Time:**                        **9 minutes**

**Clerk**:                                     TS

**Notes**:

- The Court made introductions.
- The Court noted that Plaintiffs' counsel had failed to appear and asked Ms. West and Ms. Silva when they had last heard from Plaintiffs' counsel.
- Ms. Silva responded that she had had no interaction with Plaintiffs' counsel since filing her motion, did not receive a response to her request for concurrence, and had received no response to her approximately third or fourth request for file material from the firm.  She had also attempted to call and did not receive a return call.  The attorney she previously heard back

from at the same firm stated he was tasked with providing her information, but did not indicate that he was going to enter an appearance. She had no information regarding who was currently representing Plaintiffs and had had no contact with local counsel.

- Ms. West responded that she had had no communication with Ms. Bojazi since they negotiated the settlement. Ms. West was copied on some emails exchanged when Ms. Silva was attempting to collect information, but she never heard anything about Ms. Bojazi withdrawing. Ms. West noted that the firm had a history of failing to withdraw and substitute counsel, and that Judge Fouratt had previously issued an Order to Show Cause when Plaintiffs' counsel failed to file a proper motion to withdraw. In addition, Ms. West noted that local counsel Mr. Ulibarri had attempted to withdraw but the motion was denied until he could find substitute counsel. She had not heard from Mr. Ulibarri since his motion to withdraw (*doc. 81*). A different attorney at the firm had defended depositions of the Plaintiffs, but never entered an appearance in the case.
- The Court asked Ms. Silva how much information was needed to complete the GAL report.
- Ms. Silva replied that the information needed was not a lot, but was critical because it related to proposed distribution of the settlement, and she had serious questions about whether the fee agreement was appropriate under the New Mexico Rules of Professional Responsibility. Ms. Silva stated the last time she spoke with the family was around the second week of February, and at that time they still believed Ms. Bojazi was their attorney.
- The Court thanked Ms. West and Ms. Silva for their information and stated it would consider next steps.
- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.