IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA
QUEZADA, *individually and as next
friends for their minor child*, J.H.,

    Plaintiffs,

v.                                                                                        Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT
SCHOOL DISTRICT,

    Defendant.

## ORDER TO SHOW CAUSE

On February 27, 2026, the Court issued an order directing counsel to appear for a telephonic status conference on March 4, 2026, at 3:30 p.m. *Doc. 112*. At the conference, counsel for Plaintiffs failed to appear at the appointed time. *Doc. 113*. The Court was informed that Plaintiffs' counsel has repeatedly failed to respond to communications from Guardian ad Litem Lucinda Silva and that attorney Dolores Bojazi may no longer be representing Plaintiffs.

IT IS THEREFORE ORDERED that **each listed attorney of record for Plaintiffs**, excepting those who have properly withdrawn and been terminated on the docket, shall file a **separate** response in writing no later than **March 16, 2026**, showing cause why the Court should not assess sanctions against them individually for failure to comply with its Order.

Because there is reason to believe that attorney Dolores Bojazi has failed to update her contact information on the docket and may no longer receive electronic notifications, it is further ORDERED that the Clerk of Court shall mail a copy of this Order to Show Cause to Ms. Bojazi at the following address of record, maintained and published by the Disciplinary Board of the Supreme Court of Pennsylvania:

    DOLORES BOJAZI
    501 CAMBRIA AVENUE
    BENSALEM, PENNSYLVANIA 19020

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**