UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN HERRERA and ORALIA QUEZADA,**
individually and as next friends for their minor child, J.H.,
Plaintiffs,

v.                                                                    No. 2:24-CV-00127-GBW-GJF

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**
Defendant.

### COUNSEL DOLORES BOJAZI RESPONSE TO RULE TO SHOW CAUSE

COMES NOW, DOLORES BOJAZI, ESQUIRE, formerly of Lento Law Group/LLG National Law Group, submits this response to the Court's Rule to Show Cause regarding failure to appear at the March 4, 2026, conference date, and states as follows:

1. On January 16, 2026, undersigned counsel, Dolores Bojazi, departed the law firm of Lento Law Group/LLG National Law Firm.
2. At the time of her departure, all undersigned counsel's files were to be assigned to other counsel within the Firm.
3. On March 6, 2026, Attorney Karlos Ubilieri fortunately forwarded the Court's Rule to Show Cause to undersigned counsel.
4. Upon receipt of the Rule to Show Cause, undesigned counsel contacted the Firm by email to advise of the Rule and to ascertain information regarding matters under her name to address the Courts.
5. Since leaving the firm, undersigned counsel has not had access to her former firm email account or to any firm files. The firm did not notify her of any issues relating to the reassignment of counsel.
6. Upon receiving the Rule to Show Cause, undersigned counsel immediately contacted Kateri West, Esquire, to provide an apology and explanation. Counsel West's contact information was retained on undersigned counsel's personal cell phone.

7. On March 6, 2026, undersigned counsel emailed Oralia Herrera to advise her of the lack of counsel on her file.
8. This matter was not reassigned and of this filing, undersigned counsel has not been advised that counsel has been assigned nor that a substitute of appearance is forthcoming.
9. Undersigned counsel has requested a substitute of counsel from the Firm to avoid any delay. No response has been received to date.
10. Undersigned counsel respectfully apologizes to the Court for any delay or inconvenience caused by the firm's failure to reassign this matter following her departure and for her reliance on the Firm to promptly address the reassignment of counsel.
11. Undersigned counsel, upon learning of the rule to show cause, acted promptly and in good faith to notify all parties and attempted, and is still attempting, to have new counsel substituted in to avoid delay.
12. Undersigned counsel submits that good cause exists for her non-appearance.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court:

1. Find that good cause exists for the non-appearance at the March 4, 2026 conference.
2. Discharge the Rule to Show Cause is Discharged.
3. The Motion to Withdraw filed by Dolores Bojazi, Esquire is Granted.
4. Enter an Order that Lento Law Group/LLG National Law Firm shall promptly enter substitute counsel or otherwise address representation in accordance with The Federal Rules of Civil Procedure and this Court's Local Rules.
5. Grant such other relief as the Court deems appropriate and just.

                                                 Respectfully Submitted:

*Dolores Bojazi*
Dolores Bojazi, Esquire
215-828-737/doloresbojazi@gmail.com
501 Cambria Avenue
Bensalem, PA/19020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN HERRERA and ORALIA QUEZADA,**
individually and as next friends for their minor child, J.H.,
Plaintiffs,

v.   No. 2:24-CV-00127-GBW-GJF

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**
Defendant.

## ORDER

AND NOW, this _____ day of _____ 2026, this matter having come before the Court by Dolores Bojazi, Esq., filed Response to Rule to Show Cause, and the Court having read and considered the response submitted, and for good cause shown, said is hereby Ordered:

The Court finds:

1. Good existed for the non-appearance at the March 4, 2026 conference.
2. The Rule to Show Cause is DISCHARGED.
3. The Motion to Withdraw filed by Dolores Bojazi is GRANTED.
4. An Order is entered that Lento Law Group/LLG National Law Firm shall promptly enter substitute counsel or otherwise address representation in accordance with The Federal Rules of Civil Procedure and this Court's Local Rules.

BY THE COURT:


GREGORY B. WORMUTH

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2026, I caused the foregoing **Response to Rule to Show Cause and proposed Order** to be served via the Court's CM/ECF system upon all parties of record via electronic transmission and email to Lento law Group/LLG National Law Firm, Managing Attorney ( Joseph Sapienza), Joseph Lento, Esquire, office manager (Courtney Hinke) and the firm's notices email..

*Dolores Bojazi*
Dolores Bojazi, Esq.

Via email to

courtney.hinke@llgnational.com
joseph.sapienza@llgnational.com
joseph.lento@llgnational.com
notices@llgnational.com