UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN HERRERA and ORALIA QUEZADA,**
individually and as next friends for their minor child, J.H.,
Plaintiffs,

v.                                                                                                  No. 2:24-CV-00127-GBW-GJF

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**
Defendant.

## ORDER

   AND NOW, this _____day of_____2026, this matter having come before the Court upon consideration of the Motion to Withdraw as Counsel for Plaintiffs, the Court having read and considering the submitted Motion and for good cause shown, said Petition is GRANTED.

   IT IS ORDERED AS FOLLOWS:

Petitioner is permitted to withdraw as counsel for Plaintiffs in this civil action and said withdraw is effective immediately.

                                                               BY THE COURT



                                                               Honorable Gregory B. Wormuth
                                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN HERRERA and ORALIA QUEZADA,**
individually and as next friends for their minor child, J.H.,
Plaintiffs,

v.                                                        No. 2:24-CV-00127-GBW-GJF

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**
Defendant.

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS
### BY COUNSEL DOLORES BOJAZI

Undersigned counsel, having departed Lento Law Group/LLG National and no longer having access to firm files, email, or case materials, respectfully moves for leave to withdraw as counsel in this matter.

In support of this Motion, undersigned counsel states:

1. She departed from Lento Law Group/LLG National law Firm on January 16, 2026.
2. At the time of her departure, the firm was to reassign all cases. To date, the firm has not reassigned the cases and will not provide her with client/opposing counsel/court docket info for within counsel to address the parties/counsel as to the issue of her departure and the need for reassignment of files.
3. Undersigned counsel no longer has access to firm systems, files, or communications and is therefore unable to continue representation.
4. Undersigned counsel emailed Ms. Herrera, as she had her email in her personal contacts, and advised of the Rule to Show Cause and Motion to withdraw.
5. The client has not responded to counsel as of this filing date.
6. Within counsel has forwarded all filings to Ms. Herrera by email.
7. Within counsel has notified Attorney West On March 5, 2026 of this intended filing.

8. Withdrawal is necessary to ensure clarity of representation and to ensure the firm assigns appropriate substitute counsel.
9. .Absent withdrawal of appearance and the substitution of new counsel, the client may be prejudiced by the Firm's failure to reassign the matter to substitute counsel capable of providing representation alongside co-counsel, Karlos Ulibarri, unless the Firm no longer represents the Plaintiffs.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit her withdrawal as counsel of record.

Respectfully Submitted:

*Dolores Bojazi*

Dolores Bojazi, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2026, I caused the foregoing Motion to Withdraw as Counsel to be served via the Court's CM/ECF system upon all parties of record via electronic transmission and email to Lento law Group/LLG National Law Firm's Managing Attorney (Joseph Sapienza), Joseph Lento, Esquire, office manager (Courtney Hinke) and the firm's notices email.

*Dolores Bojazi*
Dolores Bojazi, Esq.

Via email to

courtney.hinke@llgnational.com
joseph.sapienza@llgnational.com
joseph.lento@llgnational.com
notices@llgnational.com