UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN HERRERA and ORALIA QUEZADA, individually and as next friends for their minor child, J.H., <br><br>Plaintiffs, <br><br>v. <br><br>GADSDEN INDEPENDENT SCHOOL DISTRICT <br><br>Defendant. | CASE NO. 2:24-cv-00127-GBW-GJF |

## **LOCAL COUNSEL KARLOS ULIBARRI'S RESPONSE TO RULE TO SHOW CAUSE**

**COMES NOW**, local counsel Karlos Ulibarri submits his response to this Honorable Court's Order to Show Cause regarding counsel's failure to appear on March 4, 2026, for the teleconference scheduled by the Court.

On March 6, 2026, I saw the email from the court that said Order to show cause. I read the email and realized that I had missed the March 4th Conference that was scheduled by this court.

1. I accept full responsibility for missing the hearing and apologize to all parties for the inconvenience.

2. However, when I saw the email dated February 27, 2026, Order on Motion for Extension of Time to File I did not open the email and did not see that this Honorable Court had set the Teleconference for March 4, 2026. It was clearly my error, and I apologize once again for not reading that email in its entirety.

3. When I received the email dated March 6, 2026, I immediately forwarded it to Dolores Bojazi the Court's Order to Show Cause. I then forwarded the email to Lento Law Office.

4. I also sent emails to Lento Law Firm on several occasions regarding the order to show cause. Their response has been SILENCE about the order to show cause.
5. I have also spoken with the GAL, Ms. Silva, and apologized for missing the hearing.
6. We discussed fees, and I advised her that I will not be taking any fee in this case. Furthermore, my costs will also be brought down to zero. I will take no money for any work done on this case. I believe that for me it is in the best interests of the clients.
7. Ms. Silva and I had a discussion concerning fees and she suggested that Lento should take no fees in this case. I AGREE.
8. I emailed Lento Law Firm and suggested that we take no fee based on my conversation with Ms. Silva the (GAL)in this case.
9. I was surprised that I received an email back from Lento Law Firm telling me, "Nice try."
10. I asked for an explanation why that was said and I received a response that they earned that fee and they would not consider not taking the fee because the case had been settled.
11. I do not agree with Lento's assertion about the fee. However, as indicated I will take no fee or costs in this matter.
12. I also contacted Ms. West today to apologize and let her know what attempts I have made to get an answer from Lento Law Firm.
13. I also called Ms. Quezada and Mr. Herrera and left a voicemail for each of them. Additionally, I sent a text message that I would like to speak with her and him concerning the case.
14. I have sent two more emails today asking and telling Lento Law firm that I need a response! It is unfortunate but not surprising about their lack of professionalism, cooperation, and their lack of communication in this matter.
15. As a reminder to the Court, I filed a Motion to Withdraw back in September of 2025. I was not allowed to withdraw, because Lento needed to hire another local counsel for this case. I was assured by Lento, that they had local counsel ready to enter on this case, but obviously that is not accurate. In fact, they have never had anyone enter on this case. As of today, they do not have another attorney that is admitted PRO Hac Vice in this case. I have become aware that Ms. Bojazi no longer works for Lento.
16. When we both reached out to address the order to show cause Ms. Bojazi was told "to get the help she needed" and for me to relax because they have all files in order.

As local counsel, I apologize to the Court for putting the Court and other parties in this position.

I have made a good faith effort to get an answer from Lento law, and I have reached out to defense counsel, Ms. West, and Mr. Herrera and Ms. Quezada.

As of today, just prior to filing my response I have made attempts to Lento Law Firm to have new counsel substituted in to avoid delay.

Local counsel would submit my failure to appear at the hearing on March 4, 2026, was not intention and I mistakenly believed that the order to extend the time for an extension was just the order to extend, however, I accept full responsibility for my failure to appear on March 4, 2026.

**WHEREFORE**, for the above reasons stated in this response, Local counsel respectfully requests that the Court:

1. Find that local counsel's failure to appear was not intentional March 4, 2026, telephonic conference.
2. Local counsel believed that the case had settled.
3. Dismiss the Order to Show Cause
4. Enter an Order that Lento Law firm shall immediately enter substitute local counsel, and PRO HAC VICE counsel in accordance with The Federal Rules of Civil Procedure and this Court's Local Rules.

Grant such other relief as the Court deems appropriate and just.

>Respectfully submitted,
>
>/s/ Karlos Ulibarri
>Karlos Ulibarri
>Ulibarri Law Office
>812 Marquette Ave NW
>Albuquerque, NM 87102
>(505) 242-6220 (Office)
>kulibarri@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March 2026, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, PACER, and have thus also caused to be served a copy upon all parties of record via electronic transmission.

/s/ Karlos Ulibarri
———————————————
NM Attorney ID: 01/185

Ulibarri Law Office