**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUBEN HERRERA and ORALIA
QUEZADA, *individually and as next
friends for their minor child*, J.H.,

      Plaintiffs,

v.                                                                     Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT
SCHOOL DISTRICT,

      Defendant.

## **ORDER SETTING HEARING**

This matter comes before the Court on a review of the filings in response to the

Court's Order to Show Cause. *Docs. 114, 115, 116, 118.* The Court shall hold a hearing

on the filings on **Thursday, April 2, 2026, at 1:30 p.m. via Zoom.gov video conference.**

All counsel of record and the Guardian ad Litem are required to attend. Parties shall

provide the Court with their contact information (email addresses and phone numbers)

by sending the information to **wormuthproposedtext@nmd.uscourts.gov** no later than

**March 26, 2026.**

      **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE