**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUBEN HERRERA and ORALIA
QUEZADA, *individually and as next
friends for their minor child,* J.H.,

      Plaintiffs,

v.                                                                      Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT
SCHOOL DISTRICT,

      Defendant.

## ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

THIS MATTER comes before the Court on Dolores Bojazi's Motion to Withdraw as Counsel for Plaintiffs. *Doc. 116.* The Court, being fully informed, finds the Motion is not well-taken and will DENY it.

Dolores Bojazi began practicing as co-counsel for Plaintiffs on June 10, 2025. *Doc. 61.* She officially entered her individual appearance as attorney of record on September 25, 2025. *Doc. 79.* When Ms. Bojazi entered her appearance, she was affiliated with Lento Law Group, P.C. *Id.* She departed from the firm on January 16, 2026. *Doc. 116* at 2. However, no other attorney from Lento or elsewhere has substituted for Ms. Bojazi, and she still appears as counsel of record on the case docket.

As explained by the Court at the Show Cause Hearing held April 2, 2026, the Court will only release Ms. Bojazi as counsel if it is confident there is another competent

attorney prepared to represent the Plaintiffs.  *Doc. 120* at 3.  Accordingly, Dolores

Bojazi's Motion to Withdraw as Counsel for Plaintiffs (*doc. 116*) is hereby DENIED

WITHOUT PREJUDICE.

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**