**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
**SUITE 270**
**333 LOMAS BLVD. N.W.**
**ALBUQUERQUE, NEW MEXICO 87102**

**OFFICIAL BUSINESS**

24CV127 GBW-GJF
DOC 120

ALBUQUERQUE NM 870

8 APR 2026 PM 3

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**MAY 0 1 2026**

**MITCHELL R. ELFERS**
**CLERK**

US POSTAGE ᴾᴹ PITNEY BOWES

ZIP 87102    $ 000.74⁰
02 7W
0008034596 APR 08 2026

Dolores Bojazi
Bojazi Law
3309 S. Keswick
Philadelphia, PA 19114, USA

NIXIE        171    FE 1                    0004/28/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK                    BC:  87102227470        *0668-00388-02-38
187102227 4