UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
100 N. CHURCH ST.
LAS CRUCES, NEW MEXICO 88001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

24-CV-00127-GBW-GJF

Re: Doc. 122

XIN

quadient
FIRST-CLASS M
IMI
$000.74
04/14/2026 ZIP 8
044K33242952

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 05 2026

MITCHELL R. ELFERS
CLERK OF COURT

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

SCREENED
RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAY 05 2026
MITCHELL R. ELFERS
CLERK OF COURT

Lento Law Group, P.C. / LLG National Law Gr
3000 Atrium Way
Suite #200
Mt. Laurel, NJ 08054