**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**RUBEN HERRERA and ORALIA QUEZDA,**
**individually and as next friends for their minor child J.H.,**

**Plaintiffs,**

**v.**                                                    **Case No. 2:24-CV-00127-GBW-GJF**

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**

**Defendant.**

## CERTIFICATION – RECEIPT OF FILE

  **COMES NOW** Plaintiffs' counsel, Dolores Bojazi, with local co-counsel Karlos Ulibarri, and

hereby certifies to the Court, pursuant to the Court's Order and applicable deadline, that

substitute counsel has received the client file from prior counsel, Lento Law Group / LLG

National, in the above-captioned matter.

Counsel further certifies that the file was received on or before the deadline established by the

Court's Order and that current counsel is now in possession of the materials necessary for review

and continued representation of Plaintiffs.

Respectfully submitted,
/s/ Dolores Bojazi

Dolores Bojazi
Counsel for Plaintiffs

/s/ Karlos Ulibarri

Karlos Ulibarri
Local Co-Counsel for Plaintiffs