IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA
QUEZADA, *individually and as next
friends for their minor child,* J.H.,

      Plaintiffs,

v.                                                                                          Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT
SCHOOL DISTRICT,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court on counsel Dolores Bojazi's certification that she is now in possession of the materials necessary for review and continued representation of Plaintiffs.  *Doc. 125*.  It is therefore ORDERED that a telephonic status conference is set for **July 15, 2026, at 2:00 p.m.** to discuss resetting the fairness hearing in this matter.  Counsel shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812,** to connect to the proceedings.  Client attendance is not required.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**