UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN HERRERA and ORALIA QUEZADA,**
individually and as next friends for their minor child, J.H.,
Plaintiffs,

v.                                                    **No. 2:24-CV-00127-GBW-GJF**

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**
Defendant.

**GENERAL CORRESPONDENCE**
**COUNSEL DOLORES BOJAZI**
**UNAVAIABILITY FOR TELEPHONE CONFERENCE JULY 15, 2026**

COMES NOW, DOLORES BOJAZI, ESQUIRE, formerly of Lento Law Group/LLG National Law Group, submits this correspondence to advise the Court of her unavailability for the telephone conference on July 15, 2026.

1. On July 15, 2026, the Court has scheduled a telephone conference on the above captioned matter.
2. On July 13, 2026, Counsel has surgery and will be out of the office for 2 weeks.
3. Counsel cannot file on PACER SYSTEM as her account is entwined with LLG and counsel with PACCER staff has been attempting to dislodge counsel's account. Counsel has paid the outstanding fee on LLG to assist in freeing her access to PACER.
4. Within counsel has requested that co-counsel, Attorney Karlos Ubilieri, update her if the conference proceeds.
5. To date, within counsel has not been able to provide GAD with any information regarding the **clients paid $15,000.00** to LLG for advance costs. The GAD is concerned with these funds and I have requested she address the Court on the issue.
6. Undersigned counsel requests the Court approve counsel's request to not be present at the conference.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court permit cancel to not attend the conference and have co-counsel update her.

Respectfully Submitted:

*Dolores Bojazi*

Dolores Bojazi, Esquire
215-828-737/doloresbojazi@gmail.com
501 Cambria Avenue
Bensalem, PA/19020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**RUBEN HERRERA and ORALIA QUEZADA,**
individually and as next friends for their minor child, J.H.,
Plaintiffs,

v.                                                                    **No. 2:24-CV-00127-GBW-GJF**

**GADSDEN INDEPENDENT SCHOOL DISTRICT,**
Defendant.

## **ORDER**

AND NOW, this _____ day of _____ 2026, this matter having come before the Court by Dolores Bojazi, Esq., filed Response to Rule to Show Cause, and the Court having read and considered the response submitted, and for good cause shown, said is hereby Ordered:

The Court finds:

1. Good existed for the non-appearance at the March 4, 2026 conference.
2. The Rule to Show Cause is DISCHARGED.
3. The Motion to Withdraw filed by Dolores Bojazi is GRANTED.
4. An Order is entered that Lento Law Group/LLG National Law Firm shall promptly enter substitute counsel or otherwise address representation in accordance with The Federal Rules of Civil Procedure and this Court's Local Rules.


BY THE COURT:



GREGORY B. WORMUTH

UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2026, I caused the foregoing **Response to Rule to Show Cause  and proposed Order** to be served via the Court's CM/ECF system upon all parties of record via electronic transmission and email to Lento law Group/LLG National Law Firm, Managing Attorney ( Joseph Sapienza), Joseph Lento, Esquire, office manager (Courtney Hinke) and the firm's notices email..

*Dolores Bojazi*

Dolores Bojazi, Esq.

Via email to

courtney.hinke@llgnational.com
joseph.sapienza@llgnational.com
joseph.lento@llgnational.com
notices@llgnational.com