# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

## Clerk's Minutes

## 24-cv-127 GBW/GJF

### *Herrera et al. v. Gadsden Independent School District*

## Date of Hearing:    7/15/2026
### *(not recorded)*

**Attorney for Plaintiffs:**            Karlos Ulibarri

**Attorney for Defendant:**            Kateri West

**Guardian ad Litem:**            Lucinda Silva

**Proceedings**:            Status Conference

    *Start Time*:            2:01 p.m.
    *Stop Time*:            2:16 p.m.
    **Total Time:**            **15 minutes**

**Clerk**:            TS

**Notes**:

- The Court made introductions.
- The Court explained that it had set this status conference to keep the case moving forward. The Court understood that Ms. Bojazi was not able to be here today, but that she had received the case file from the former law firm and had been cooperating with Ms. Silva.
- The Court asked Ms. Silva if she had the necessary information to produce a GAL report and make her recommendations to the Court.
- Ms. Silva stated that she believed so. She explained the difficulty of dealing

with the former, out-of-state law firm and added that she had asked Ms. Bojazi for a settlement statement, but had not yet heard back.  Ms. Silva estimated that she could have a report filed by the end of the month.

- Mr. Ulibarri stated that the Lento Law Group was not responding, that Ms. Silva had done everything she possibly could, and that he would speak with Ms. Bojazi and tell her she needed to get the settlement statement together.
- Ms. West noted that at the last hearing, she had said the parties had a signed settlement release.  However, after looking back at the records, she saw that Defendants had sent the settlement release but that the dollar amount had not yet been agreed upon.
- Ms. Silva recommended waiting on that process because she might be recommending an annuity, and that language would have to be in the release.
- Mr. Ulibarri stated that whenever the release was updated, he would send it to Plaintiffs for them to sign.
- After consulting with counsel and Ms. Silva about the best way to move forward, the Court determined that once Ms. Silva filed her GAL report, the Court would set the fairness hearing.
- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.