# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA
QUEZADA, *individually and as next*
*friends for their minor child*, J.H.,

      Plaintiffs,

v.                                                                  Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT
SCHOOL DISTRICT,

      Defendant.

## **ORDER TO DETERMINE PARTY AVAILABILITY**

THIS MATTER comes before the Court on a review of the docket.  On July 31, 2026, Guardian Ad Litem ("GAL") Lucinda Silva filed her Guardian Ad Litem Report. *Doc. 129*.  The Court must now set a fairness hearing regarding the proposed settlement.

The Court requires attendance[1] at the fairness hearing by the following individuals:  Plaintiffs Ruben Herrera and Oralia Quezada, Plaintiffs' Counsel Dolores Bojazi, Plaintiffs' Local Counsel Karlos Ulibarri, GAL Lucinda Silva, and at least one attorney for Defendant Gadsden Independent School District.

The Court proposes the following dates and times for the fairness hearing:

- August 14, 2026, at 2:00 p.m.

---

[1] The fairness hearing will be held via Zoom.gov video conference.

- August 24, 2026, at 3:00 p.m.

- September 9, 2026, at 3:30 p.m.

- September 11, 2026, at 10:30 a.m.

If any necessary party is unavailable on any of the above dates, that party or their counsel shall file a notice of unavailability on the docket no later than **August 6, 2026, at 12:00 p.m. (noon)**.

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE