UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN HERRERA and ORALIA QUEZADA, individually and as next friends for their minor child, J.H.,<br>Plaintiffs,<br>v.<br>GADSDEN INDEPENDENT SCHOOL DISTRICT<br>Defendant. | CASE NO. 2:24-cv-00127-GBW-GJF |

**NOTICE OF PLAINTIFF'S COUNSEL UNAVAILIBILITY**

COMES NOW, Karlos Ulibarrí counsel for the Plaintiff to notify the Court and defense counsel of his unavailability for court on the following dates in the above captioned cause:

1. Dates: August 24, 2026 @ 3:00pm
2. Plaintiff's counsel will be out of the country
3. Plaintiff's counsel is asking if any settings are needed in this case, that the setting is not on the date of unavailability.

WHEREFORE, Plaintiff's counsel respectfully requests that this case not be set during this date. Plaintiff's counsel has filed this motion timely to advise all parties and does not currently have any settings on the above dates:

Respectfully submitted,

/s/ Karlos Ulibarri

Karlos Ulibarri
Ulibarri Law Office
812 Marquette Ave NW
Albuquerque, NM 87102
(505) 242-6220 (Office)
kulibarri@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2026, 2025, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, PACER, and have thus also so caused to be served a copy upon all parties of record via electronic transmission.

/s/ Karlos Ulibarri
NM Attorney ID: 01/185
Ulibarri Law Office