UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA QUEZADA, individually and as next friends for their minor child, J.H.,

Plaintiffs,

v. Case No. 2:24-CV-00127-GBW-GJF

GADSDEN INDEPENDENT SCHOOL DISTRICT,

Defendant.

## NOTICE OF NON-AVAILABILITY

**COMES NOW** Court-appointed Guardian *ad Litem*, Lucinda R. Silva, and provides her Notice of Non-Availability and requests that the fairness hearing regarding the proposed settlement of the minor's claims, ***not*** be set on the following dates due to her unavailability:

- August 14, 2026, all day
- August 24, 2026, 2:00 pm – 4:00 pm

Respectfully submitted,
CINDY SILVA LAW, LLC

/s/ ______________________
Lucinda R. Silva
PO Box 51116
Albuquerque, NM 87181
505-738-3899/505-738-3879 Fax
cindy@cindysilvalaw.com
*Guardian Ad Litem*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2026, I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/Lucinda R. Silva*