UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN HERRERA and ORALIA QUEZADA, individually and as next friends for their minor child, J.H.,

Plaintiffs,

v. Case No. 2:24-CV-00127-GBW-GJF

GADSDEN INDEPENDENT SCHOOL DISTRICT,

Defendant.

NOTICE OF NON-AVAILABILITY

COMES NOW Dolores Bojazi, Esquire, counsel for Plaintiffs captioned above and provides her Notice on Non-Availability and requests that the fairness hearing regarding the proposed settlement statement of minor's claims, not be set on the following dates due to her unavailability:

August 14, 2026

September 9, 2026

September 11, 2026 – 8am to 3pm.

Please note, I am **additionally unavailable** September 2,8,9,15,17,22. On September 25, 2025, I will be at Fox Chase cancer center for surgery and out of the office for 3 weeks.

Respectfully submitted

/s/ Dolores Bojazi, Esq.

C

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2026, I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Dolores Bojazi, Esquire