**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RUBEN HERRERA and ORALIA QUEZADA, *individually and as next friends for their minor child,* J.H.,

Plaintiffs,

v. Civ. No. 24-127 GBW/GJF

GADSDEN INDEPENDENT SCHOOL DISTRICT,

Defendant.

**ORDER SETTING FAIRNESS HEARING**

The Court issued an order to determine availability for a fairness hearing on August 3, 2026. *See doc. 130*. Based on the responses, *see docs. 131, 132, 133*, IT IS HEREBY ORDERED that a fairness hearing will be conducted remotely by Zoom.gov videoconference on **September 11, 2026, at 3:30 p.m.**

Plaintiffs' counsel Dolores Bojazi, local counsel Karlos Ulibarri, Defendant's counsel, Guardian ad Litem Lucinda Silva, and Plaintiffs Ruben Herrera and Oralia Quezada shall appear. **At least 5 calendar days** before the conference, please provide the preferred email address for each individual who will participate and a mobile phone number for at least one member of your team. Each member will receive the electronic invitation and password for the meeting by email. The mobile phone numbers will be used to communicate with the parties outside of the Zoom.gov

platform in the event of problems. Please send this information to wormuthproposedtext@nmd.uscourts.gov.

Each participating individual will need to utilize a computer with a video camera. If you have never used any Zoom platform before, please review the following short instructional video to become acquainted with the basics: https://support.zoom.us/hc/en-us/articles/201362033-Getting-Started-on-Windows-and-Mac.

**IT IS SO ORDERED.**

______________________________
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**